**LEE ERWIN and WILLIE B. ANDERSON v. STATE OF FLORIDA**

25 So. (2nd) 565                                      January Term, 1946
April 5, 1946                                              Division B

*Scruggs & Carmichael,* for appellants.

*J. Tom Watson,* Attorney General, *Reeves Bowen* and *Cecil T. Farrington,* Assistant Attorneys General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.